*State, Respondent, v. Stevens, Petitioner*, No. 92909-2. Petition for review of a decision of the Court of Appeals, No. 46905-7-II, March 1, 2016, 192 Wn. App. 1057. *Denied* June 29, 2016.

*State, Respondent, v. Madrazo-Munoz, Petitioner*, No. 92910-6. Petition for review of a decision of the Court of Appeals, No. 46688-1-II, February 17, 2015, 192 Wn. App. 1045. *Denied* June 29, 2016.

*State, Respondent, v. Pena, Petitioner*, No. 92914-9. Petition for review of a decision of the Court of Appeals, No. 46589-2-II, February 9, 2016, 192 Wn. App. 1037. *Denied* June 29, 2016.

*State, Respondent, v. Fessel, Petitioner*, No. 92917-3. Petition for review of a decision of the Court of Appeals, No. 46523-0-II, February 9, 2016, 192 Wn. App. 1036. *Denied* June 29, 2016.

*State, Respondent, v. Morris-Wolff, Petitioner*, No. 92918-1. Petition for review of a decision of the Court of Appeals, No. 72141-1-I, February 1, 2016, 192 Wn. App. 1029. *Denied* June 29, 2016.

*State, Respondent, v. Taylor, Petitioner*, No. 92922-0. Petition for review of a decision of the Court of Appeals, No. 74163-2-I, February 8, 2016, 192 Wn. App. 1035. *Denied* June 29, 2016.

*In re Det. of Ritter*, No. 92927-1. Petition for review of a decision of the Court of Appeals, No. 30845-6-III, February 4, 2016, 192 Wn. App. 493. *Denied* June 29, 2016.

*In re Custody of S.F.-T.C.*, No. 93046-5. Petition for review of a decision of the Court of Appeals, No. 32367-6-III, February 9, 2016, 192 Wn. App. 1039. *Denied* June 29, 2016.